UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 05 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANDREW E. ROTH,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>FORIS VENTURES, LLC; et al.,<br><br>        Defendants - Appellants. | No. 22-16632<br><br>D.C. No. 4:21-cv-04288-YGR<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |
| ANDREW E. ROTH,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>FORIS VENTURES, LLC; et al.,<br><br>        Defendants - Appellees. | No. 22-16633<br><br>D.C. No. 4:21-cv-04288-YGR<br>U.S. District Court for Northern California, Oakland |

      The judgment of this Court, entered November 13, 2023, takes effect this date.

      This constitutes the formal mandate of this Court as to all parties except Amyris, Inc., issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT